**FILED**

04/28/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0734

IN THE SUPREME COURT OF THE STATE OF MONTANA

Cause No. DA 19-0734

|  |  |  |
|---|---|---|
| WILLIAM SCOTT ROGERS, et al., | ) | Cause No.:  BDV 2018-1332 |
|  | ) |  |
| Plaintiffs/Appellants. | ) |  |
|  | ) | GRANT OF EXTENSION |
| v. | ) |  |
|  | ) |  |
| LEWIS & CLARK COUNTY, et al., | ) |  |
|  | ) |  |
| Defendants/Appellees. | ) |  |

Appellees Lewis & Clark County, Lewis & Clark County Sheriff's Office, Leo C. Dutton, Jason Grimmis, and Alan Hughes, having moved this Court for an extension on time to file their answer brief, and good cause appearing;

IT IS HEREBY ORDERED that Appellees have up to and including May 29, 2020 in which to file their answer brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 28 2020